IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:24MJ185 |
| vs. | ORDER |
| JOSE ALEXANDER ACOSTA-GALLEGO, | |
| Defendant. | |

The United States' Motion to Terminate Proceedings Under Rule 5 (Filing No. 13) is hereby granted.

ORDERED this 17th day of May, 2024.

BY THE COURT:

F.A. GOSSETT III
United States Magistrate Judge